Meg K. Allison Zaletel (AK Bar No. 0511091)
Mark Regan (AK Bar No. 8409081)
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: (907) 565-1002
Facsimile: (907) 565-1000
Email: mallison@dlcak.org
       mregan@dlcak.org

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| DISABILITY LAW CENTER OF ALASKA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:12-cv-0050(JWS) |
| | ) | |
| STATE OF ALASKA, DEPARTMENT OF HEALTH | ) | |
| AND SOCIAL SERVICES, William Streur, Commissioner, | ) | |
| in his official capacity; Division of Public Health; | ) | |
| Kimberli Poppe-Smart, Director of Division of Health Care | ) | |
| Services, in her official capacity; and Section of | ) | |
| Certification and Licensing; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

The parties submit this joint motion to dismiss this matter with prejudice pursuant to

the following terms for the Court's approval:

1.      The Defendants will provide the Disability Law Center of Alaska with access

to state licensure files pursuant to the Disability Law Center's federal access authority at 42 U.S.C. §

15043(c), 42 U.S.C. § 10806(b)(3)(A), 45 C.F.R. § 1366.22(b)(2) and 42 C.F.R. § 51.41(c)(2).

*Disability Law Center, Inc. v. Alaska Dept. of Health and Social Services, et al.*          Page 1 of 3
Case No. 3:12-cv-0050 (JWS)

Case 3:12-cv-00050-JWS   Document 12   Filed 05/11/12   Page 1 of 3

2.	The parties agree that the Defendants are required to keep state licensure files confidential under 47.32.180 and may not be disclosed without a court order.

3.	The Disability Law Center agrees that under its federal access authority, 42 U.S.C. § 10806(a) and 42 C.F.R. § 51.45(a)(1), that it must keep any documents it receives from the state licensure files as confidential as the Defendants are required to keep them.  The Disability Law Center recognizes that its federal access authority under the Protection and Advocacy of Individual with Mental Illness, the Developmental Disabilities Act and the Protection and Advocacy of Individual Rights Program should be construed consistently to the extent that any of the statutes or regulations governing the Disability Law Center's federal authority is silent on the subject of redisclosure of files. *See* 42 U.S.C. § 794e(f)(2) and 62 FR 53548, 53549 (Oct. 15, 1997).

4.	The parties agree to bear their own fees and costs.

Wherefore, the parties request this Court order this matter dismissed with prejudice pursuant to the terms enumerated above.

Dated: May 11, 2012                                Respectfully submitted,

/s/ Meg K. Allison Zaletel
Meg K. Allison Zaletel (AK Bar No. 0511091)
Mark Regan (AK Bar No. 8409081)
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: (907) 565-1002
Facsimile: (907) 565-1000
Email: mallison@dlcak.org
          mregan@dlcak.org


Dated: May 11, 2012                                MICHAEL C. GERAGHTY
                                                   ATTORNEY GENERAL

/s/ Stacie Kraly                    (consent)

*Disability Law Center, Inc. v. Alaska Dept. of Health and Social Services, et al.*                Page 2 of 3
Case No. 3:12-cv-0050 (JWS)

Case 3:12-cv-00050-JWS   Document 12   Filed 05/11/12   Page 2 of 3

Stacie L. Kraly (AK Bar No. 9406040)
Chief Assistant Attorney General
P.O. Box 110300
Juneau, AK 99811
Telephone: 907-465-3600
Facsimile: 907- 465-2539
Email: stacie.kraly@alaska.gov

*Disability Law Center, Inc. v. Alaska Dept. of Health and Social Services, et al.*     Page 3 of 3
Case No. 3:12-cv-0050 (JWS)

Case 3:12-cv-00050-JWS   Document 12   Filed 05/11/12   Page 3 of 3