Meg K. Allison Zaletel (AK Bar No. 0511091)
Mark Regan (AK Bar No. 8409081)
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: (907) 565-1002
Facsimile: (907) 565-1000
Email: mallison@dlcak.org
        mregan@dlcak.org

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA, INC., )<br>)<br>Plaintiff,                     )<br>v.                                )  Case No. 3:12-cv-0050(JWS)<br>)<br>STATE OF ALASKA, DEPARTMENT OF HEALTH )<br>AND SOCIAL SERVICES, William Streur, Commissioner, )<br>in his official capacity; Division of Public Health; )<br>Kimberli Poppe-Smart, Director of Division of Health Care )<br>Services, in her official capacity; and Section of )<br>Certification and Licensing;       )<br>)<br>Defendants.                    )<br>_____ ) | |

### [proposed] ORDER

        The Court has reviewed the parties Joint Motion to Dismiss with Prejudice and its

terms of agreement and the motion is GRANTED.

Dated:                    _____

                          U.S. District Court Judge John W. Sedwick